U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 284**

| In the Matter of | Case Number: |
|---|---|

L. HARRISON BERNBAUM and DR. KEITH SCHRODER,
            Plaintiffs,      v.
THE STANDARD FIRE INSURANCE COMPANY, a
Connecticut Corporation,
            Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS:  L. HARRISON BERNBAUM and DR. KEITH SCHRODER

**JUDGE MANNING
MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
|---|
| LELAND W.  HUTCHINSON |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  LELAND W. HUTCHINSON |

| FIRM |
|---|
| FREEBORN & PETERS, LLP |

| STREET ADDRESS |
|---|
| 311 SOUTH WACKER DRIVE, SUITE 3000 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 1294873 | (312) 360-6503 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |