FILED
JANUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 284**

| In the Matter of | Case Number: |
|---|---|

L. HARRISON BERNBAUM and DR. KEITH SCHRODER,
         Plaintiffs,  v.
THE STANDARD FIRE INSURANCE COMPANY, a
Connecticut Corporation,
         Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS: L. HARRISON BERNBAUM and DR. KEITH SCHRODER

**JUDGE MANNING**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
|---|
| GINA M. DiBELLA |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ GINA M. DiBELLA |

| FIRM |
|---|
| FREEBORN & PETERS, LLP |

| STREET ADDRESS |
|---|
| 311 SOUTH WACKER DRIVE, SUITE 3000 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282745 | (312) 360-6346 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |