## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| L. HARRISON BERNBAUM and DR. KEITH SCHRODER, <br><br> Plaintiffs, <br><br> v. <br><br> THE STANDARD FIRE INSURANCE COMPANY, a Connecticut Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No.: 1:08cv284

## **DISCLOSURE STATEMENT**

Defendant THE STANDARD FIRE INSURANCE COMPANY ("Standard Fire"), respectfully submits the following Disclosure Statement in accordance with Fed. R. Civ. P. 7.1 and N.D. Ill. Rule 3.2:

Counsel for Defendant certifies that The Standard Fire Insurance Company is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

.

Respectfully submitted,

FORAN GLENNON PALANDECH
 & PONZI PC

/s/ Matthew S. Ponzi
Matthew S. Ponzi

        Thomas B. Orlando
        150 South Wacker Drive, Suite 1100
        Chicago, IL 60606
        312.863.5000
        312.863.5099/fax
        mponzi@fgpp.com
        torlando@fgpp.com

        Attorneys for THE STANDARD FIRE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 12th day of February, 2008, to:

Leland W. Hutchinson, Jr.
Gina M. DiBella
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
312.360.6000
lhutchinson@freebornpeters.com
gdibella@freebornpeters.com

        /s/ Matthew S. Ponzi
        Matthew S. Ponzi
        Thomas B. Orlando
        FORAN GLENNON PALANDECH
         & PONZI PC
        150 South Wacker Drive, Suite 1100
        Chicago, IL 60606
        312.863.5000
        312.863.5099/fax
        mponzi@fgpp.com
        torlando@fgpp.com