IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| L. HARRISON BERNBAUM and<br>DR. KEITH SCHRODER,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE<br>COMPANY, a Connecticut Corporation,<br><br>Defendant. | Case No. 1:08cv284 |

### CERTIFICATE OF SERVICE

I, Leland W. Hutchinson, an attorney, hereby certify that I caused a copy **PLAINTIFFS' FIRST AMENDED COMPLAINT**, to be filed in the above-captioned action and that notice will be sent by operation of the Court's electronic filing system to the following counsel of record on Friday, March 21, 2008:

Matthew S. Ponzi Esq.
Thomas B. Orlando
FORAN GLENNON PALANDECH
  & PONZI PC
150 S. Wacker Drive – Suite 1100
Chicago, IL 60606
mponzi@fgpp.com
torlando@fgpp.com

                                                   L. HARRISON BERNBAUM, DR. KEITH
SCHRODER,
Plaintiffs

By:   s/ Leland W. Hutchinson
         One of Their Attorneys

Leland W. Hutchinson, Jr.  (ARDC #1294873)
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois  60606
(312) 360-6000

1512831v1