UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

L Harrison Bernbaum, et al.
                         Plaintiff,

v.                                       Case No.: 1:08−cv−00284
                                              Honorable Blanche M. Manning

The Standard Fire Insurance Company
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: The court has reviewed the amended complaint. It is unclear why the plaintiffs have persisted in including residency information instead of citizenship information. See Docket No. 11. The first amended complaint is stricken as it fails to cure all of the defects previously identified by the court. A second amended complaint is due by no later than May 16, 2008. Counsel should ensure that the second amended complaint cures all of the problems identified in the court's March 3, 2008, order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.