**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| L. HARRISON BERNBAUM and DR. KEITH SCHRODER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 1:08cv284 |
| v. | ) | |
| | ) | |
| THE STANDARD FIRE INSURANCE COMPANY, a Connecticut Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF EMERGENCY MOTION**

**To:**    Leland W. Hutchinson, Jr.
Gina M. DiBella
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
312.360.6000
lhutchinson@freebornpeters.com
gdibella@freebornpeters.com

On **May 8, 2007 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Nolan, or any judge sitting in her stead, in Courtroom 1858 of the Dirksen Building, 219 South Dearborn Street, Chicago, IL, and shall then and there present Defendant's Motion to Compel and For Sanctions.

/s/ Matthew S. Ponzi
Matthew S. Ponzi
Thomas B. Orlando
150 South Wacker Drive, Suite 1100
Chicago, IL 60606
312.863.5000
312.863.5099/fax
mponzi@fgpp.com
torlando@fgpp.com

Attorneys for THE STANDARD FIRE
INSURANCE COMPANY

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk), and also served via facsimile and e-mailed to Plaintiffs' counsel at the e-mail addresses below from Foran Glennon Palandech & Ponzi PC, this 7th day of May, 2008, to:

Leland W. Hutchinson, Jr.
Gina M. DiBella
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
312.360.6000
312.360.6575/fax
lhutchinson@freebornpeters.com
gdibella@freebornpeters.com

      /s/ Matthew S. Ponzi
      Matthew S. Ponzi
      Thomas B. Orlando
      FORAN GLENNON PALANDECH
       & PONZI PC
      150 South Wacker Drive, Suite 1100
      Chicago, IL 60606
      312.863.5000
      312.863.5099/fax
      mponzi@fgpp.com
      torlando@fgpp.com