UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

L Harrison Bernbaum, et al.
                          Plaintiff,

v.                                                     Case No.: 1:08−cv−00284
                                                     Honorable Blanche M. Manning

The Standard Fire Insurance Company
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan:Oral argument held on Defendant's Motion to compel [18]. For the reasons stated in open Court, Defendant's Motion to Compel [18] is granted in part and denied in part. Counsel to forward to chambers (1870) their Agreed Preservation Order by the end of 05/08/2008. Status hearing previously set for 05/14/2008 is stricken and reset to 5/21/2008 at 09:00 AM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.