Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 284 | **DATE** | 5/9/2008 |
| **CASE TITLE** | L Harrison Bernbaum, et al vs. The Standard Fire Insurance Company | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Preservation.

■ [ For further detail see separate order(s).]　　　Notices mailed by Judicial staff.

Courtroom Deputy Initials: LXS