# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

L Harrison Bernbaum, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:08−cv−00284
                                                      Honorable Blanche M. Manning

The Standard Fire Insurance Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

        MINUTE entry before the Honorable Blanche M. Manning: On the Court's own motion, status hearing set for 8/21/2008 is stricken and reset to 11/20/2008 at 11:00 A.M. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.